UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18 CR 19 CDP NAB |
| SHAUN LEACHMAN, | ) |
| Defendant. | ) |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby dismisses charges against Shaun Leachman named in Count One of the indictment.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/Thomas J. Mehan*
THOMAS J. MEHAN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

Dated: This 26th day of November, 2018.